CCA/CADC
P.O. Box 6300
Florence, AZ 85232



FILED ✓     LODGED
RECEIVED    COPY

OCT - 8 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES OF ~~AMERICA~~           CASE NO. ~~03~~ CR-01856-07-FRZ-~~GEE~~

PLAINTIFF                              MOTION FOR SENTENCE RELIEF
                                       UNDER THE FEDERAL PRISON
Vs.                                    BUREAU NON-VIOLENT OFFENDER
                                       RELIEF ACT OF 2003
FRANCISCO JAVIER LEON MARQUEZ
DEFENDANT

    COMES NOW the Defendant, LEON MARQUEZ FRANCISCO JAVIER, requesting sentence relief under the Federal Prison Bureau Non-Violent Offender Relief Act of 2003; H.R.3575(a). In general, Section 3624 of Title 18, United States Code, is amended –

    (1) In subsection (a), by inserting 'at the early release date provided in subsection (g), if applicable otherwise' after 'A prisoner shall be released by the Bureau of Prisons; (2) by adding at the end of the following:

    (g) EARLY RELEASE FOR CERTAIN NON-VIOLENT OFFENDERS – notwithstanding any other provisions of law, the Bureau of Prisons, pursuant to a good time policy, shall release from confinement a prisoner who has served one-half or more of his term of imprisonment (including any consecutive term or terms of imprisonment) if that prisoner;

    (1) has attained the age of 45 years;

    (2) has never been convicted of a crime of violence;

1

(3) has not engaged in any violation, involving violent conduct, of institutional disciplinary regulations:

    (1a.) Defendant was born *MEXICO*

    (2a.) Defendant has no convictions for crimes of violence.

    (3a.) Defendant has demonstrated exemplary conduct throughout confinement.

FACTS:

1. Defendant is presently incarcerated at *C.C.A. FLORENCE AZ.*, to serve the sentence imposed by a federal court.

2. Defendant was sentenced to *120* months of imprisonment.

3. Defendant is seeking relief as all requirements are specifically met.

~~WHEREFORE, Defendant prays that the Court grant sentence relief under the Federal~~ Prison Bureau Non-Violent Offender Relief Act of 2003.

DATED this *15* day of *Septiembre*, 20*08*

*FRANCISCO JAVIER LEÓN MARQUEZ*

No. *13305196*

2